# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERIBETH JUDD-AGUAYO,<br><br>Defendant. | Case No. 19-CR-4530-W<br><br>JUDGMENT AND ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

For good cause appearing, the Court grants the United States of America's motion to dismiss, without prejudice, the indictment filed against defendant MERIBETH JUDD-AGUAYO.

DATED: March __1__, 2021

_____
HON. THOMAS J. WHELAN
United States District Judge